IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARMEN L. MARTINEZ | : | CIVIL ACTION |
| vs. | : | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | : | NO. 09-CV-931 |

## ORDER

AND NOW, this 5th day of May, 2010, upon consideration of the Plaintiff's Statement of Issues in Support of Request for Review, and Defendant Commissioner's response thereto, and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo and Plaintiff's objection thereto, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Judgment is entered AFFIRMING the final decision of the Commissioner of Social Security denying benefits to Plaintiff.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.